

# THE THIRTEENTH COURT OF APPEALS

13-13-00462-CV

ORCA ASSETS, G.P., L.L.C.

v.

BURLINGTON RESOURCES OIL AND GAS COMPANY, L.P., PETROHAWK
PROPERTIES, L.P., AND GEOSOUTHERN DEWITT PROPERTIES, L.L.C

On Appeal from the
267th District Court of De Witt County, Texas
Trial Cause No. 11-08-22,038

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court

orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

August 26, 2014